UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELIPE CERVANTES,

    Plaintiff,	Case No. 1:12-cv-271

v.	HON. PAUL L. MALONEY

JEFFERSON CAPITAL
SYSTEMS, LLC,

    Defendant.
_____/

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Dismissal, with prejudice, with Defendant having served neither an answer nor a motion for summary judgment.

Dated: April 23, 2012	/s/ Phillip C. Rogers
    Phillip C. Rogers (P34356)
    Attorney for Plaintiff
    40 Pearl Street, N.W., Suite 336
    Grand Rapids, Michigan 49503-3026
    (616) 776-1176
    ConsumerLawyer@aol.com